1  Michael T. Scott #255282
   michaelscott@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone: (415) 626-3939
4  Facsimile: (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | GERALD KISS,                          | Case No. C 10-05892 HRL
12 |        Plaintiff,                     | **CERTIFICATION AS TO INTERESTED PARTIES**
13 |   v.                                  | **[CERTIFICATE OF FINANCIAL INTERESTS]**
14 | EXPERIAN INFORMATION SOLUTIONS, INC., |
15 |                                       |
16 |        Defendants.                    |

17

18

19        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20 associations of persons, firms, partnerships, corporations (including parent corporations) or other

21 entities (i) have a financial interest in the subject matter in controversy or in a party to the

22 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23 substantially affected by the outcome of this proceeding:

24 1.    Parent Companies: The ultimate parent company of Experian is Experian plc.

25 2.    Subsidiaries Not Wholly Owned: The following companies are the US-based
26       subsidiaries of Experian plc that are not wholly owned:
27       (a)    First American Real Estate Solutions, LLC
28       (b)    Vehicle Title, LLC

1     (c)    Central Source LLC

2     (d)    Online Data Exchange LLC

3     (e)    New Management Services LLC

4     (f)    VantageScore Solutions LLC

5     (g)    Opt-Out Services LLC

6     (h)    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: February 8, 2011                Respectfully submitted,

Jones Day

By: /s/ Michael Scott
    Michael T. Scott

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

I, Angela M. Howard, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On February 8, 2011, I served a copy of the CERTIFICATION AS TO INTERESTED PARTIES by electronic transmission.

I am familiar with the United States District Court Eastern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on February 8, 2011 at San Francisco, California.

*/s/ Angela M.* Howard
Angela M. Howard

SFI-661410v1

CV 10-05892 HRL
Certificate of Service