1  Katherine A. Klimkowski (State Bar No. 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612
4  Telephone:     (949) 851-3939
   Facsimile:      (949) 553-7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | GERALD KISS,                              | Case No. C 10-05892 HRL |
   |                                           |                         |
12 |            Plaintiff,                     | **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |
13 |      v.                                   |                         |
14 | EXPERIAN INFORMATION SOLUTIONS, INC.,     |                         |
15 |                                           |                         |
16 |            Defendant.                     |                         |

17

18

19

20         IT IS HEREBY STIPULATED by and between Plaintiff Gerald Kiss ("Plaintiff") and

21 Defendant Experian Information Solutions, Inc. ("Experian") that the above-captioned action be

22 and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

23 Procedure.

24

25

26

27

28

                                                           STIPULATION FOR DISMISSAL WITH
                                                           PREJUDICE   C 10-05892 HRL

IRI-23752v1

1  Dated: July 25, 2011                    JONES DAY

2

3                                          By: */s/ Katherine A. Klimkowski*
                                                Katherine A. Klimkowski
4

5                                          Attorneys for Defendant
                                           EXPERIAN INFORMATION SOLUTIONS,
                                           INC.
6

                                           CENTURY LAW GROUP LLP
7  Dated: July 25 , 2011

8

9                                          By: */s/ Rizza Gonzales*
                                                Rizza Gonzales
10                                         Attorneys for Plaintiff GERALD KISS

11

12  IT IS SO ORDERED

    DATED: _____, ___
13

14                                         _____
                                           UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-23752v1                                               STIPULATION FOR DISMISSAL WITH
                              - 2 -                       PREJUDICE   C 10-05892 HRL

**CERTIFICATE OF SERVICE**

I, Sandra J. Wilson, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **July 25, 2011**, I served a copy of the **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** by electronic transmission.

I am readily familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

Executed on **July 25, 2011**, at Irvine, California.

  */s/ Sandra J. Wilson*
  Sandra J. Wilson

CERTIFICATE OF SERVICE  C 10-05892 HRL

IRI-23752v1