Katherine A. Klimkowski (State Bar No. 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD KISS,<br><br>           Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendant. | Case No. C 10-05892 HRL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff Gerald Kiss ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

STIPULATION FOR DISMISSAL WITH PREJUDICE C 10-05892 HRL

IRI-23752v1

| | | |
|---|---|---|
| 1 | Dated: July 25, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Katherine A. Klimkowski* |
| 4 | | Katherine A. Klimkowski |
| 5 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | Dated: July 25 , 2011 | CENTURY LAW GROUP LLP |
| 8 | | |
| 9 | | By: */s/ Rizza Gonzales*<br>Rizza Gonzales |
| 10 | | Attorneys for Plaintiff GERALD KISS |
| 11 | | |
| 12 | IT IS SO ORDERED | |
| 13 | DATED: July 26, 2011 | |
| 14 | | UNITED STATES ~~DISTRICT~~ JUDGE<br>MAGISTRATE |
| 15 | | HOWARD R. LLOYD |

IRI-23752v1

- 2 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE   C 10-05892 HRL